AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ELVIN SANCHEZ LOPEZ, #19717-033,<br><br>    Petitioner,<br><br>    V.<br><br>ESTELA DERR,<br><br>    Respondent. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 22-00316 JAO-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>August 18, 2022<br><br>At 4 o'clock and 55 min p.m.<br>PAM HARTMAN BEYER, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus is hereby DISMISSED without prejudice, but without leave to amend, pursuant to the "Dismissal Order", ECF No. 5, filed on August 18, 2022.

| | |
|---|---|
| August 18, 2022 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /s/ PAM HARTMAN BEYER by JI |
| | (By) Deputy Clerk |